IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN JOSEPH PEROTTI, JR., | : | |
| a/k/a JOHN J. PEROTTI, JR., | : | CASE NO.: 5:23-bk-01866 |
| a/k/a JOHN PEROTTI, JR., | : | |
| a/k/a JOHN JOSEPH PEROTTI, | : | |
| a/k/a JOHN J. PEROTTI, | : | |
| a/k/a JOHN PEROTTI, | : | |
|     Debtor | : | |

## AFFIDAVIT OF DEBTOR

I, JOHN JOSEPH PEROTTI, JR., the Debtor named in the above-captioned case, declare under penalty of perjury that I have read the foregoing Amended Schedule A/B: Property, and that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on <u>April 30, 2024</u>

                                            /s/ John Joseph Perotti
                                            JOHN JOSEPH PEROTTI