UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
--------------------------------------------------------X
IN RE:                                                    Case No. 5:23-bk-01866-MJC

                                                          Chapter 13

       JOHN JOSEPH PEROTTI, JR.,

                                                          **CERTIFICATE OF SERVICE**


                     Debtor.
--------------------------------------------------------X
SAMUEL J. BURRUANO

          Movant,
v.

John Joseph Perotti, Jr.
Jack N. Zaharopoulos,

          Respondents.
--------------------------------------------------------X


      I, Jason Sackoor, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court an Amended Notice of Motion and Motion to Confirm Absense of the Automatic Stay or in the alternative for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on June 13, 2024, and served same as indicated below.

Mail Service: Regular, first-class United States mail, postage full pre-paid, addressed to:

      John Joseph Perotti, Jr.
      147-17 15th Avenue
      Whitestone, NY 11357

E-Mail Service: via CM/ECF e-mail notification to the following:

Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511


Nicholas Charles Haros
Young and Haros LLC
802 Main Street
Stroudsburg, PA 18360

Michelle McGowan
Robertson, Anschutz, Schneid, Crane & Partners PLLC
13010 Morris Road
Suite 450
Alpharetta, GA 30004

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Dated:   Whitestone, New York
           June 13, 2024

Borchert & LaSpina, P.C.

By: */s/ Jason Sackoor*
      Jason Sackoor, Esq. (JS 1367)
      *Attorneys for Samuel J. Burruano*
      19-02 Whitestone Expressway, Suite 302
      Whitestone, NY 11357
      (718) 767-3333